IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:10CR229 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **JUSTIN JAMES MONCHAMP,** | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant has filed a pro se motion for reconsideration (Filing No. 39) asking the Court to reconsider his previously filed motion for a reduction of his sentence (Filing No. 37) seeking relief under Sentencing Guideline Amendment 782.

IT IS ORDERED that:

1. The Defendant's pro se motion (Filing No. 39) will be held in abeyance pursuant to General Order No. 2014-09; and

2. The Clerk shall provide the Defendant with a copy of this order and General Order No. 2014-09. The Clerk shall also give notice of the entry of this order to the United States Attorney, to the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

DATED this 15th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge